Scott A. Sell
OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: ssell@tcnf.legal

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| YVONNE PANEK,<br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY<br>ADMINISTRATION,<br>    Defendant. | Case No.: 3:15-cv-01709-SB<br><br>ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |

Based on the stipulation of above parties, it is hereby ORDERED that attorney fees in the amount of $3,941.10 be awarded to Plaintiff in care of her attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 560 U.S. 586 (2010), and mailed to her attorney, Scott A. Sell, at Mr. Sell's address: 820 SW 2nd Ave Ste 200, Portland, OR 97204. There are no costs or expenses.

Dated this 22nd day of February, 2017.

_____
United States Magistrate Judge

Presented by:
Scott A. Sell
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff